UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

De Los Santos Galvez et al

Plaintiffs,

-against-

Marios Pizza Home Made Cuisine Inc. et al

Defendants.

26-cv-6409 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

The Parties are ORDERED to provide a joint status report by September 15, 2026.

SO ORDERED.

Dated: September 14, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge