**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**David De Los Santos Galvez, et al.,**

**Plaintiffs,**

**-against-**

**Marios Pizza Home Made Cuisine Inc., et al.**

**Defendants.**

**1:26-cv-06409 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Referral Order, ECF No. 21.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron.

It is hereby ORDERED that, no later than seven days after the early mediation is complete (*see* 8/26/26 Mediation Referral Order, ECF No. 11), the parties shall file a joint status letter advising the Court of the outcome of the mediation.

**SO ORDERED.**

Dated: New York, New York
September 21, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge